# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144856

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SAMMIE E. HARRIS,
   Petitioner-Appellant,

v

DETROIT PUBLIC SCHOOLS,
   Respondent-Appellee.

SC: 144856
COA: 304779
State Tenure Comm: 10-000016

_____/

   On order of the Court, the application for leave to appeal the February 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012           _____

p0716                   Clerk